In the Matter of ELLA QUINN et al., Appellants, v JOHN A. JOHNSON, as Commissioner of New York State Office of Children and Family Services, et al., Respondents.

Submitted February 25, 2008; decided March 18, 2008

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay denied [*see* 9 NY3d 818 (2007)].

In the Matter of the Foreclosure of Tax Liens by CITY OF RENSSELAER. CITY OF RENSSELAER, Respondent; ROBERT E. HARRIS, Appellant.

Submitted January 14, 2008; decided March 18, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.

ROYAL YORK OWNERS CORP. et al., Appellants, v ROYAL YORK ASSOCIATES, L.P., Respondent. (And Another Action.)

Submitted December 31, 2007; decided March 18, 2008

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as modified Supreme Court's order in the second action, dismissed upon the ground that such portion of the order does not finally determine that action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, Respondent, v BERNICE PEREZ, Appellant.

Submitted January 28, 2008; decided March 18, 2008

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).